UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  Michael Allen Tennis
         Debtor(s).  §    CASE NO: 24-31538
                                   §
                                   §    CHAPTER 13

**WAGE DEDUCTION ORDER**

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| Pentair Filtration Solutions LLC<br>1040 Muirfield Drive<br>Barrington, IL 60011 | Tiffany D Castro<br>PO Box 740<br>Memphis, TN 38101-0740<br>24-31538 |

The Court Orders:

1. Employer must deduct the following amounts from wages payable to _____Michael Allen Tennis_____ and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $805.00 | $402.50 | $371.54 | $185.77 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer. The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

5. **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.

      Signed the _____ day of _____, 20___.


                                                          _____
                                                          U.S. Bankruptcy Judge